THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR24-168RSL |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND EXTEND PRETRIAL MOTIONS DEADLINE |
| DELNIK Y. BROWN, | ) | |
| Defendant. | ) | |

THE COURT has considered Delnik Brown's unopposed motion to continue the trial date and extend the pretrial motions deadline (Dkt. # 20) and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv);

(b) a failure to grant such a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

(c) the additional time requested is a reasonable period of delay as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses;

ORDER TO CONTINUE TRIAL AND EXTEND
PRETRIAL MOTIONS DEADLINE
(*US v. Brown*, CR24-168RSL) - 1

(d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A);

(e) Defendant has signed a waiver (Dkt. # 21) indicating that he has been advised of his right to a speedy trial and that, after consulting with counsel, he has knowingly and voluntarily waived that right and consented to the continuation of his trial to a date up to and including June 23, 2025, which will permit his trail to start on June 9, 2025;

(f) the time requested between the current trial date and the new trial date is needed to provide counsel the reasonable time necessary to prepare for trial considering counsel's schedule and all the facts set forth above; and

(g) the period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).


IT IS ORDERED that the trial date shall be continued to June 9, 2025, and that pretrial motions shall be filed no later than May 9, 2025.


DONE this 6th day of November 2024.


Robert S. Lasnik
United States District Judge


Presented by:

s/ *Sara Brin*

ORDER TO CONTINUE TRIAL AND EXTEND
PRETRIAL MOTIONS DEADLINE
(*US v. Brown*, CR24-168-RSL) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

Assistant Federal Public Defender
Attorney for Delnik Y. Brown