THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR24-168-RSL |
| Plaintiff, | |
| v. | ORDER TO SEAL EXHIBITS |
| DELNIK YOREL BROWN, | |
| Defendant. | |

THE COURT has considered Mr. Brown's motion to seal Exhibits 1 and 3 in support of his Sentencing Memorandum and finds there are compelling reasons to file the documents under seal.

IT IS ORDERED that Exhibits 1 and 3 be filed under seal.

DATED this 23rd day of October, 2025.

*[signature]*

Robert S. Lasnik
United States District Judge

Presented by:

s/ *Sara Brin*
Assistant Federal Public Defender
Attorney for Delnik Yorel Brown

ORDER TO SEAL EXHIBITS
(*United States v. Brown*, CR24-168-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100